**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA )
    v. ) CR NO: 02:09-CR-0096-JAM
     )
GEORGIA SILVA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **GEORGIA SILVA**

Detained at (custodian): **El Dorado County Jail**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
Charging Detainee With: **Interference with Federally Protected Activity**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary May 1, 2009, 2:00 p.m. in the Eastern District of California.*

Signature: /S/
Printed Name & Phone No: **BENJAMIN B. WAGNER, (916) 554-2745**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *May 1, 2009, 2:00 p.m.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

March 31, 2009      /s/ Gregory G. Hollows
    United States District/Magistrate Judge

silva96.ord

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☐ | Female ☒ |
| Booking or CDC #: | | DOB: | 03/03/1958 |
| Facility Address: | 1051 Al Tahoe Blvd | Race: | |
| | So. Lake Tahoe, CA 96150 | FBI #: | |
| Facility Phone: | (530) 573-3000 | | |
| Currently Incarcerated For: | Assault & Battery: People v. Georgia Silva, No. SO7CRF0206 | | |

**RETURN OF SERVICE**

Executed on _____ by _____
    (Signature)