UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEROGIA SILVA,

    Defendant.

Case No. 2:09CR0096-JAM-1

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release GEROGIA SILVA, Case No. 2:09CR0096-JAM-1, Charge 18USC § 245(b)(2)(B), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- ___ Release on Personal Recognizance
- ___ Bail Posted in the Sum of $_____
  - ___ Unsecured Appearance Bond
  - ___ Appearance Bond with 10% Deposit
  - ___ Appearance Bond with Surety
  - ___ Corporate Surety Bail Bond
- ✔ (Other) Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on September 29, 2009 at 2:00 pm.

By /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court
FILED September 29, 2009 — CLERK, US DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, DEPUTY CLERK