BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2798

THOMAS E. PEREZ
Assistant Attorney General
C. DOUGLAS KERN
MICHAEL J. FRANK
Trial Attorneys
Department of Justice, Civil Rights Division
Criminal Section
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-3204

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 09-096 JAM |
| Plaintiff, ) | |
| v. ) | |
| GEORGIA SILVA, ) | ORDER MODIFYING TERMS OF PRE-TRIAL RELEASE |
| JOSEPH SILVA, ) | |
| Defendants. ) | |

The Court orders that the defendants' conditions of pre-trial release be modified as follows:

1. The defendants are to have no contact with the Parnow family;

2. The defendants are to have no contact with Vishal

1

1           Wadhwa, Ayesha Matthews, and/or Marianna Abraham; and
2      3.   The defendants are to have no weapons or firearms in
3           their home.

DATED:  March 16, 2010          /s/ John A. Mendez
                                JUDGE JOHN A. MENDEZ
                                United States District Court