Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141
tew@warrinerlaw.com

Attorney for defendant,
Georgia Silva

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 09-0096 JAM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING INITIAL APPERANCE RE |
| vs. | ) TSR VIOLATION |
| | ) |
| GEORGIA SILVA, | ) |
| | ) |
| Defendant. | ) |

This matter is set for June 24, 2014 for an initial appearance regarding an alleged

violation of Ms. Silva's term of supervised release. Defense counsel is counsel of record in a

murder trial in Sacramento County Superior Court that is expected to proceed through June 26.

In light of counsel's trial, and to afford time for counsel to meet with Ms. Silva, both counsel

stipulate that this matter may be continued to July 22, 2014 at 9:30.

DATED: June 18, 2014          /s/ Timothy E. Warriner, Attorney for Defendant

DATED: June 18, 2014          /s/ Josh Sigal, Assistant U.S. Attorney

ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that the initial appearance regarding term of supervised release violation be continued from June 24, 2014 to July 22, 2014 at 9:30 a.m.

DATED:  6/18/2014                                    /s/ John A. Mendez_____
                                                              UNITED STATES DISTRICT COURT JUDGE